## FIRST ANNAPOLIS BANCORP, INC., Plaintiff–Appellee,

v.

## UNITED STATES, Defendant–Appellant.

### No. 2010–5032.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2010.

Dale A. Cooter, Cooter, Mangold, Tompert & Karas, Washington, DC, for Plaintiff–Appellee.

Scott D. Austin, Department of Justice, Washington, DC, for Defendant–Appellant.

### ON MOTION

### ORDER

Upon consideration of the United States' motion for a 31–day extension of time, until September 13, 2010, to file a reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.